Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiffs
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PALWINDER SINGH, et al.<br><br>　　　　Defendants. | No. 1:11-CV-00583-LJO-DLB<br><br>STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER |

**WHEREAS**, Plaintiff's counsel will be unavailable from July 6, 2011 through August 3, 2011;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for July 12, 2011 at 9:00 a.m., during Plaintiff's counsel's absence;

**IT IS HEREBY STIPULATED** by and between the Parties hereto, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date convenient to the Court after August 15, 2011.

Dated: July 1, 2011                                      MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

*Gutierrez v. Palwinder Singh, et al.*
Stipulation to Continue Mandatory Scheduling Conference

Dated: June 29, 2011                                           FISHER & PHILLIPS LLP

/s/ James Fessenden
James Fessenden
Attorney for Defendants

**ORDER**

The parties having so stipulated and good cause appearing therefore,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 12, 2011, be continued to August 29, 2011 at 9:30 am in Courtroom 9, before the Honorable Dennis L. Beck.  A joint scheduling report shall be filed no later than seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:   **July 1, 2011**                                            /s/ Dennis L. Beck
                                                                          UNITED STATES MAGISTRATE JUDGE

*Gutierrez v. Palwinder Singh, et al.*
Stipulation to Continue Mandatory Scheduling Conference

Page 2