K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PALWINDER SINGH, et al.,<br><br>　　　　Defendants. | No.  1:11-CV-00583-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Palwinder Singh, Jagir Singh and Ravinder Kaur dba Family Express Food & Liquor (Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 20, 2011　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Natividad Gutierrez

///

*Gutierrez v. Singh, et al.*
Stipulation for Dismissal

Page 1

1  Date: December 20, 2011                                              FISHER & PHILLIPS LLP

                                                                        /s/ James Fessenden
                                                                        James Fessenden, Attorneys for
                                                                        Defendants Palwinder Singh, Jagir Singh
                                                                        and Ravinder Kaur dba Family Express
                                                                        Food & Liquor

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **December 20, 2011**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE

*Gutierrez v. Singh, et al.*
Stipulation for Dismissal
                                            Page 2