1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Natividad Gutierrez

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 NATIVIDAD GUTIERREZ,            ) No. 1:11-CV-00583-LJO-BAM
                                   )
12         Plaintiff,               ) **STIPULATION FOR DISMISSAL OF**
                                   ) **ACTION; ORDER**
13    vs.                          )
                                   )
14 PALWINDER SINGH, et al.,        )
                                   )
15         Defendants.             )
                                   )
16                                 )
                                   )
17 _____)

18     IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez
19 ("Plaintiff") and Defendants Palwinder Singh, Jagir Singh and Ravinder Kaur dba Family
20 Express Food & Liquor (Defendants"), the parties to this action, by and through their respective
21 counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned
22 action be dismissed with prejudice in its entirety.

23 Date: December 20, 2011                    MOORE LAW FIRM, P.C.
24
25
                                              /s/Tanya E. Moore
26                                            Tanya E. Moore
                                              Attorney for Plaintiff Natividad Gutierrez
27
28 ///

*Gutierrez v. Singh, et al.*
Stipulation for Dismissal

Page 1

| | |
|---|---|
| Date: December 20, 2011 | FISHER & PHILLIPS LLP |
| | /s/ James Fessenden |
| | James Fessenden, Attorneys for Defendants Palwinder Singh, Jagir Singh and Ravinder Kaur dba Family Express Food & Liquor |

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **December 20, 2011**            /s/ Lawrence J. O'Neill
                                                                                  UNITED STATES DISTRICT JUDGE

*Gutierrez v. Singh, et al.*
Stipulation for Dismissal